MEMORANDUM OPINION



No. 04-08-00057-CV


IN RE ADT SECURITY SERVICES, S.A. DE C.V.


Original Mandamus Proceeding (1)


PER CURIAM

 

Sitting: Alma L. López, Chief Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: February 6, 2008 


PETITION FOR WRIT OF MANDAMUS DENIED

 The court has considered relator's petition for a writ of mandamus and is of the opinion that
relief should be denied. See Tex. R. App. P. 52.8(a). Accordingly, relator's petition for a writ of
mandamus is denied. 

 PER CURIAM


1. This proceeding arises out of Cause No. 2006-CVQ-001051-D2, styled ADT Security Services, S.A. de CV.
v. Alert 24 Security, LLC, et al., pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Raul
Vasquez, 111th Judicial District Court, Webb County, Texas presiding.